David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

*FILED IN THE UNITED STATES BANKRUPTCY COURT 2011 MAR -4 AM 11: 29 DISTRICT OF UTAH MAIL*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | 07-24642 bg |
|---|---|
| RALPH A. CLARK | Bankruptcy No. ~~08-26374~~ |
| | (Chapter 7) |
| Debtor(s) | Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

✔ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

___ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 213 | Outsource Receivables Management<br>PO Box 166<br>Ogden, UT 84402 | $29.81 |

A check in the amount of $29.81 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 2 day of March, 2011

*/s/ David L. Miller*
DAVID L. MILLER
Chapter 7 Trustee