FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUN 14  AM 11: 19

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
     Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | Bankruptcy No. 07-24642 |
|---|---|
| **RALPH A. CLARK** <br> **PAMELA CLARK,** <br> **Debtor(s)** | **(Chapter 7)** <br> Judge Joel T. Marker |



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor

represents to the Court that:

   ✔ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   ____ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | US Department of Education <br> National Payment Center <br> 1 Imation Pl. Bldg. 2 <br> Saint Paul, MN 55128-3422 | $1,594.30 |

A check in the amount of $1,594.30 representing said funds is payable to the United States

Bankruptcy Court, and is attached hereto.

DATED this ____ day of June, 2011.

                            _____
                            DAVID L. MILLER
                            Chapter 7 Trustee

2

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUN 14  AM 11: 19

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
  Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | | |
|---|---|---|
| **RALPH A. CLARK** | | **Bankruptcy No. 07-24642** |
| **PAMELA CLARK,** | | **(Chapter 7)** |
| **Debtor(s)** | | Judge Joel T. Marker |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor

represents to the Court that:

  ✔ A  The following check(s) was/were issued to the creditor(s) listed below in the
amount(s) listed.   The check(s) was/were not cashed, and subsequently
returned to the Trustee, and the Trustee stopped payment on or voided said
check(s), and/or

  ____ B  The check  listed below represents a small dividend payable to the court
pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | US Department of Education | $1,594.30 |
| | National Payment Center | |
| | 1 Imation Pl. Bldg. 2 | |
| | Saint Paul, MN 55128-3422 | |

A check in the amount of $1,594.30 representing said funds is payable to the United States

Bankruptcy Court, and is attached hereto.

  DATED this ____ day of June, 2011.

             /S/

            DAVID L. MILLER
            Chapter 7 Trustee